PER CURIAM. Judgment and order affirmed, with costs.

WILLIAMS, J., dissents, upon the ground of contributory negligence.

ROBSON, J., not sitting.

---

SHERRY, Appellant, v. PROAL, Respondent. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by Louis Sherry against Arthur B. Proal. F. Bien, for appellant. M. W. Littleton, for respondent.

PER CURIAM. Judgment and order affirmed, with costs on 131 App. Div. 774, 116 N. Y. Supp. 234. Order filed.

LAUGHLIN, J., dissents.

---

SIEGEL et al., Respondents, v. RUDTNER et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Louis Siegel and another against Joseph Rudtner and another. No opinion. Motion granted, with costs.

---

SIRE, Appellant, v. FURST et al., Respondents. (Supreme Court, Appellate Division, First Department. March 10, 1911.) Action by Meyer L. Sire against Charles S. Furst and others. H. B. Johnson, for appellant. B. N. Cardozo, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

---

SIROTA, Respondent, v. DORNBUSH, Appellant. (Supreme Court, Appellate Division, Second Department. March 28, 1911.) Action by Isidor Sirota against Louis Dornbush. No opinion. Order of the Municipal Court modified, by striking therefrom the provisions for costs against the defendant, and, as so modified, affirmed, without costs. See, also, 127 N. Y. Supp. 1144.

---

SKURNICK, Appellant, v. KALETSKY, Respondent. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by Morris Skurnick against Sarah Kaletsky. For former opinion, see 128 N. Y. Supp. 71.

PER CURIAM. Motion for reargument denied, with $10 costs. Motion for leave to appeal to Court of Appeals denied.

---

SLADKY, Appellant, v. KLEIN, Respondent. (Supreme Court, Appellate Division, First Department. April 7, 1911.) Action by Charles Sladky against Joseph Klein. R. J. Reese, for appellant. E. C. Sherwood, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

CLARKE, J., dissents.

---

SLAVIN, Appellant, v. McGUIRE et al., Municipal Civil Service Com'rs, Respondents. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by James S. Slavin against John C. McGuire and others, as Municipal Civil Service Commissioners, etc. No opinion. Judgment affirmed, with costs. See, also, 138 App. Div. 892, 122 N. Y. Supp. 1146.

---

SMITH, Respondent, v. CHAPTER GENERAL OF AMERICA, KNIGHTS OF ST. JOHN AND MALTA, Appellant. (Supreme Court, Appellate Division, Second Department. April 21, 1911.) Action by Loretta Smith, an infant, etc., against the Chapter General of America, Knights of St. John and Malta. No opinion. Motion for reargument denied, with $10 costs. For former opinion, see 128 N. Y. Supp. 288.

---

SMITH et al., Respondents, v. HOELZLE, Appellant, et al. (Supreme Court, Appellate Division, First Department. March 31, 1911.) Action by George C. Smith and others against Mary A. Hoelzle, impleaded with others. W. P. Maloney, for appellant. J. Fettretch, for respondents. No opinion. Judgments affirmed, with costs, on the authority of Smith v. Allen, 139 App. Div. 657, 124 N. Y. Supp. 380. Order filed. See, also, 140 App. Div. 907, 125 N. Y. Supp. 1144.

---

SMITH, Respondent, v. INTERNATIONAL HARVESTER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 29, 1911.) Action by John Smith against the International Harvester Company. No opinion. Judgment and order affirmed, with costs.

---

SPEITEL, Respondent, v. M. W. KELLOGG CO., Appellant, et al. (Supreme Court, Appellate Division, First Department. April 21, 1911.) Action by Henry Speitel against the M. W. Kellogg Company, impleaded with others. F. L. Crocker, for appellant. A. B. Hyman, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

STATE BOARD OF PHARMACY, Appellant, v. F. W. WOOLWORTH & CO., Respondents. (Supreme Court, Appellate Division, First Department. April 7, 1911.) Action by the State Board of Pharmacy against F. W. Woolworth & Co. J. Steiner, for appellant. R. S. Conklin, for respondents. No opinion. Determination affirmed, with costs. Order filed.

---

STEPHEN, Appellant, v. HECKSCHER et al., Respondents. (Supreme Court, Appellate Division, First Department. March 24, 1911.) Action by Mary M. Stephen, as administratrix, against August Heckscher and others. W. E. Weaver, for appellant. F. V. Johnson, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 134 App. Div. 968, 119 N. Y. Supp. 1145.

---

STEPHEN v. HECKSCHER et al. (Supreme Court, Appellate Division, First Department. April 13, 1911.) Action by Mary Stephen, as administratrix, against August Heck-